UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

PERRY P. BIAYEIBO

Defendant.

Criminal Action No. **06cr175**
(CKK)

**FILED**

DEC - 2 2009

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

## ORDER

On June 23, 2006, Defendant Baiyeibo, pursuant to Fed. R. Crim P. 11, waived his right to trial by jury, consented to proceed before a Magistrate Judge, and entered a guilty plea before Magistrate Judge John Facciola, who subsequently filed a Report and Recommendation [#4]. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this ____ day of December, 2009,

**ORDERED** that the Report and Recommendation filed on June 23, 2006, in the above-captioned case is hereby **ADOPTED**.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:
Tony Axam, AFPD
Daniel Butler, AUSA
Magistrate Judge John M. Facciola